1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| SMITH CUNNINGHAM, individual,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>GEICO GENERAL INSURANCE COMPANY, a corporation;<br><br>　　　　　　Defendant. | CASE NO. 3:15-CV-1115-WHO<br>Assigned to: District Judge William H. Orrick<br><br>**ORDER CONTINUING TRIAL DATE AND ALL RELATED PRE-TRIAL DATES; REFERRING THE TRIAL TO THE HON. JOSEPH C. SPERO** |

Based on the Stipulation of Plaintiff Smith Cunningham ("Plaintiff") and Defendant GEICO General Insurance Company ("Defendant") filed on October 1, 2015 regarding this matter's trial date and related pre-trial dates and based on the requests and representations of Plaintiff and Defendant set forth in said Stipulation, and for good cause showing therefor, THE COURT HEREBY ORDERS that the Civil Pretrial Deadlines of this action to be modified as follows:

///

///

///

///

1
2  Deadline to amend/add parties:      September 1, 2015 (unchanged)
   Expert Disclosure:                  December 8, 2015 (originally October 8, 2015)
3  Dispositive Motions heard by:       January 4, 2016 (originally November 4, 2015)
   Expert Rebuttal:                    January 8, 2016 (originally November 9, 2015)
4  Expert Discovery Cutoff:            February 8, 2016 (originally December 8, 2015)
   Fact discovery cutoff:              February 8, 2016 (originally December 8, 2015)
5
6       The parties requested a trial date of March 21, 2015.  Because of this Court's trial calendar,
7  the parties have requested that Chief Magistrate Judge Joseph C. Spero be the trial judge in this
8  matter.  SO ORDERED.  The trial is referred to Judge Spero and the parties shall contact Judge
9  Spero's courtroom deputy within the next week to schedule a Trial Setting Conference.  The
10 undersigned judge shall continue to hear all matters up to and including any dispositive motions.
11
12
13 Dated: October 9, 2015                    _____
14                                            THE HONORABLE WILLIAM H. ORRICK
15
16
17
18
19 Submitted by:
20
21 KORNBLUM, COCHRAN, ERICKSON
   & HARBISON, LLP
22 Guy O. Kornblum (SBN 39974)
   Walter G. Crump (SBN 203743)
23 Rudy Tap (SBN 297650)
   1388 Sutter Street, Suite 505
24 San Francisco, California 94109
   Telephone: (415) 440-7800
25 Facsimile: (415) 440-7898
   Email:   gkornblum@kcehlaw.com
26          wcrump@kcehlaw.com
             rtap@kcehlaw.com
27
   Attorneys for PLAINTIFF Smith Cunningham
28