UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| SMITH CUNNINGHAM, individual,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>GEICO GENERAL INSURANCE COMPANY, a corporation;<br><br>　　　　Defendant. | CASE NO. 3:15-CV-1115-WHO<br>Assigned to: District Judge William H. Orrick<br>Trial Assigned to: Magistrate Judge Joseph C. Spero<br><br>**ORDER CONTINUING DISCOVERY AND DISPOSITIVE MOTION DEADLINES** |

Based on the Stipulation of Plaintiff Smith Cunningham ("Plaintiff") and Defendant GEICO General Insurance Company ("Defendant") filed on December 2, 2015 regarding this matter's pre-trial dates and based on the requests and representations of Plaintiff and Defendant set forth in said Stipulation, and for good cause showing therefor, THE COURT HEREBY ORDERS that the Civil Pretrial Deadlines of this action to be modified as follows:

///
///
///
///

| | |
|---|---|
| Deadline to amend/add parties: | September 1, 2015 (unchanged) |
| Expert Disclosure: | March 15, 2015 (originally December 8, 2015) |
| Dispositive Motions heard by: | April 11, 2016 (originally January 4, 2016) |
| Expert Rebuttal: | April 15, 2016 (originally January 8, 2016) |
| Expert Discovery Cutoff: | May 16, 2016 (originally February 8, 2016) |
| Fact Discovery Cutoff: | May 16, 2016 (originally February 8, 2016) |
| Pre-Trial Conference: | June 17, 2016 (unchanged) |
| Trial: | June 27, 2016 (unchanged) |

Chief Magistrate Judge Joseph C. Spero will preside over the Pre-Trial Conference and Trial of this matter.

A further Case Management Conference is scheduled on February 9, 2016 at 2 p.m. for the purpose of discussing the parties' efforts at resolving the case through ADR, as well as any other matter requiring the Court's attention. A Joint Statement is due on February 2, 2016. If the parties have a mediation scheduled or otherwise agree on an ADR plan, the CMC may be postponed by Court Order.

Dated: December 8, 2015

_____
THE HONORABLE WILLIAM H. ORRICK

Submitted by: Rudy Tap

KORNBLUM, COCHRAN, ERICKSON
& HARBISON, LLP
Guy O. Kornblum (SBN 39974)
Walter G. Crump (SBN 203743)
Rudy Tap (SBN 297650)
1388 Sutter Street, Suite 505
San Francisco, California 94109
Telephone: (415) 440-7800
Facsimile: (415) 440-7898
Email:    gkornblum@kcehlaw.com
          wcrump@kcehlaw.com
          rtap@kcehlaw.com

Attorneys for PLAINTIFF Smith Cunningham