
| | |
|---|---|
| 1 | KORNBLUM, COCHRAN, ERICKSON & HARBISON, LLP |
| 2 | Guy O. Kornblum (SBN 39974) |
| | Email: gkornblum@kcehlaw.com |
| | Walter G. Crump (SBN 203743) |

KORNBLUM, COCHRAN, ERICKSON & HARBISON, LLP
Guy O. Kornblum (SBN 39974)
Email: gkornblum@kcehlaw.com
Walter G. Crump (SBN 203743)
Email: wcrump@kcehlaw.com
1388 Sutter Street, Suite 505
San Francisco, CA 94109
Tel: 415.440.7800 / Fax: 415.440.7898
*Attorneys for Plaintiff Smith Cunningham*

GILBERT, KELLY, CROWLEY & JENNETT LLP
Paul A. Bigley (SBN 119462)
E-mail: pab@gilbertkelly.com
John J. Moura (SBN 82457)
E-mail: jmoura@gilbertkelly.com
550 South Hope Street, 22nd Floor
Los Angeles, CA 90071-2627
Tel: 213.615.7000 / Fax: 213.615.7100
*Attorneys for Defendant Geico General Insurance Company*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SMITH CUNNINGHAM,<br><br>        Plaintiff,<br><br>v.<br><br>GEICO GENERAL INSURANCE COMPANY,<br><br>        Defendant. | Case No. 3:15-cv-1115-WHO<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

Plaintiff Smith Cunningham ("Plaintiff") and Defendant Geico General Insurance Company ("Geico"), by and through counsel of record, hereby stipulate to dismiss this action in its entirety with prejudice as to all parties. The parties will bear their own respective attorneys' fees and costs.

///

///

IT IS SO STIPULATED.

Dated: June 30, 2016	Kornblum, Cochran, Erickson & Harbison, LLP
Guy O. Kornblum
Walter G. Crump


By: s/Walter G. Crump
Walter G. Crump
Attorneys for Plaintiff
Smith Cunningham


Dated: June 30, 2016	Gilbert, Kelly, Crowley & Jennett LLP
Paul A. Bigley
John J. Moura


By: s/John J. Moura
John J. Moura
Attorneys for Defendant
Geico General Insurance Company

## **ORDER**

Upon consideration of the parties' stipulation, and good cause appearing, IT IS HEREBY ORDERED that this action is dismissed in its entirety with prejudice. The parties will bear their own respective attorneys' fees and costs.

IT IS SO ORDERED.

Dated:_July 5, 2016____
_____

Hon. William H. Orrick
United States District Court Judge